IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    **Yolanda S Thomas**           )       **Case 09 B 20849**
                                         )
                                         )       **Judge Timothy S Barnes**
              Debtor(s)                  )

## NOTICE OF WITHDRAWAL

TO:  Yolanda S Thomas 4709 W Adams, Chicago, IL 60644
     Robert J Semrad & Associates, 20 S Clark St 28th Flr, Chicago, IL 60603
     Ocwen Loan Servicing LLC, Attn: Cashering Dept, P O Box 24781, West Palm Beach, FL 33416-4781

Please take notice that on October 24, 2013 there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of Payment of Final Mortgage Cure, docket number 59**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of Payment of Final Mortgage Cure that was filed on October 24, 2013.

                                                /s/ Anthony Olivadoti

### PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300